UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 23-144 MJD/DLM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>TRACRILL SMITH,<br>     a/k/a "Tracrill Trayson Smith,"<br>     a/k/a "Tracrill TFPCJB Smith,"<br><br>           Defendant. | **INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 853(p) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent to Distribute Fentanyl)

On or about February 13, 2023, in the State and District of Minnesota, the defendant,

**TRACRILL SMITH,**
a/k/a "Tracrill Trayson Smith,"
a/k/a "Tracrill TFPCJB Smith,"

did unlawfully, knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

SCANNED
APR 2 0 2023
U.S. DISTRICT COURT ST. PAUL

U.S. v. Tracrill Smith

## COUNT 2
(Felon in Possession of a Firearm)

On or about February 13, 2023, in the State and District of Minnesota, the defendant,

**TRACRILL SMITH,**
a/k/a "Tracrill Trayson Smith,"
a/k/a "Tracrill TFPCJB Smith,"

having previously been convicted of the following crime, which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| First-Degree Aggravated Robbery | Ramsey County, MN | July 1, 2013 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, an FN 509 9mm semi-automatic pistol with an obliterated serial number, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3
(Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about February 13, 2023, in the State and District of Minnesota, the defendant,

**TRACRILL SMITH,**
a/k/a "Tracrill Trayson Smith,"

U.S. v. Tracrill Smith

a/k/a "Tracrill TFPCJB Smith,"

did knowingly use and carry a firearm, that is, an FN 509 9mm semi-automatic pistol with an obliterated serial number, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute heroin, as set forth in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

If convicted of Counts 2 or 3, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved or used in connection with the violation, including but not limited to, the an FN 509 9mm semi-automatic pistol with an obliterated serial number and accessories and ammunition seized

U.S. v. Tracrill Smith

therewith, charged in Counts 2 and 3 of the Indictment.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON